### OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

### Carol J. WEAVER, Respondent.

### No. 1011 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

May 27, 2005.

*ORDER*

PER CURIAM.

AND NOW, this 27th day of May, 2005, upon consideration of the Report and Recommendations of the Disciplinary Board dated March 4, 2005, it is hereby

ORDERED that CAROL J. WEAVER be and she is SUSPENDED from the Bar of this Commonwealth for a period of four years, and she shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.